# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **SAMUEL CALDERON, et al.** | * |
| Plaintiffs | * |
| v. | * Case No.: RWT 10cv1958 |
| **GEICO GENERAL INSURANCE COMPANY, et al.** | * |
| Defendants. | * |

## MEMORANDUM OPINION

On October 13, 2010, the Court held a telephone status conference during which Plaintiffs indicated that they intend to file a motion to certify a collective action and authorize the circulation of notice to potential class members in this Fair Labor Standards Act action. The Court directed Plaintiffs to submit this motion on or before October 22, 2010. Defendants shall submit their opposition on or before November 12, 2010 and Plaintiffs shall submit their reply on or before November 24, 2010. The Court shall hold a hearing on this motion on December 3, 2010 at 3:30 p.m.

The parties also requested a modification of the Scheduling Order. By separate order, the Scheduling Order will be modified as follows: the deadline for conference about discovery of electronically stored information will be extended until December 17, 2010; the deadline for moving for joinder of additional parties and amendment of pleadings will be extended until January 7, 2011; the deadline for fact discovery and the submission of a status report will be extended until April 25, 2011; and the deadline for requests for admission will be extended until May 9, 2011. Further, the following deadlines will be removed from the Scheduling Order: the

deadlines for the parties' Rule 26(e)(2) expert disclosures, expert discovery, and dispositive pretrial motions. The Court will modify the Scheduling Order at a later date to include deadlines relating to expert disclosures, expert discovery, and dispositive pretrial motions. A separate order follows.

<u>October 15, 2010</u>             <u>            /s/            </u>
Date             Roger W. Titus
           United States District Judge