# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                      **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                  **GREENBELT, MARYLAND 20770**
                                                              **301-344-0052**

## M E M O R A N D U M

TO:            Counsel of Record

FROM:        Judge Roger W. Titus

RE:            *Samuel Calderon, et al. v. Geico General Insurance Company, et al.*
                Civil No. RWT 10-1958

DATE:        July 14, 2014

\* \* \* \* \* \* \* \* \*

The Court having conducted a telephone status conference on July 14, 2014, a further telephone status conference is hereby **SCHEDULED** for **August 26, 2014 at 5:00 p.m.**  Counsel for the Plaintiffs should initiate the call.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                            /s/
                                    Roger W. Titus
                                    United States District Judge