## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| **ROGER W. TITUS**<br>UNITED STATES DISTRICT JUDGE | **6500 CHERRYWOOD LANE**<br>**GREENBELT, MARYLAND 20770**<br>**301-344-0052** |

## M E M O R A N D U M

TO:        Counsel of Record

FROM:   Judge Roger W. Titus

RE:        *Samuel Calderon, et al. v. Geico General Insurance Company, et al.*
              Civil No. RWT 10-1958

DATE:   August 26, 2014

\* \* \* \* \* \* \* \* \*

The Court having conducted a telephone status conference on August 26, 2014, a further telephone status conference is hereby **SCHEDULED** for **September 15, 2014 at 5:00 p.m.** Counsel for the Plaintiffs should initiate the call.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge